**GGP** General Growth Properties, Inc.

# License Agreement

| | |
|---|---|
| Mall Name: **Landmark Mall** | Approval date: **04/03/06** |
| | Report Sales: **Yes** |
| | Space #: **E0172 - 951 s.f.** |
| Agent: **Sherri Miller**     Date Prepared: **04/03/06** | Agreement Type: **Renew** |
| Deal Type: **Inline; 60240; SPIU** | Project Number: **00106668-200643** |

## LICENSE AGREEMENT (Revised 11/04)

This License Agreement ("License") provides the terms and conditions between Licensor and Licensee for conducting business at the Shopping Center indicated below. Nothing contained in this License shall be considered as in any way constituting a partnership between Licensor and Licensee. Licensee agrees that it does not and shall not claim at any time any leasehold interest, nor a license coupled with an interest, nor any other interest or estate of any kind or extent whatsoever in any part of the Shopping Center.

### SHOPPING CENTER INFORMATION

**Landmark Mall**

5801 Duke Street Suite D108
Alexandria, VA  22304

Phone: 703-354-8405
Fax: 703-256-8503

### LICENSOR NAME AND NOTICE ADDRESS

**General Growth Management, inc. Agent for Landmark Mall L.L.C. d/b/a Landmark Mall**

5801 Duke Street Suite D108
Alexandria, VA  22304

Phone: 703-354-8405
Fax: 703-256-8503

### LICENSEE NAME AND NOTICE ADDRESS

Trade Name: **Urbanstyles**

Company: **LAB Sportswear**
  Contact: **Raymond Cooke**
    **3042 Monroe St. NE**
    **Washington, DC  20018**

Phone 1: **(202)529-8551**
Phone 2: **(301)526-4873 ext. cell**
Fax: **(202)529-0762**

Email: **Igear@aol.com**

FEIN/SSN: **52-2100020**

The undersigned hereby grants Licensor permission to confirm that the Social Security Number (SSN) provided is 1) a valid SSN assigned to the person offering it, and; 2) matches the address provided by the person offering the SSN.

### GUARANTOR NAME AND NOTICE ADDRESS

Company: **LAB Sportswear**
  Contact: **Raymond Cooke**
    **3042 Monroe St. NE**
    **Washington, DC  20018**

Phone 1: **(202)529-8551**
Phone 2: **(301)526-4873 ext. cell**
Fax: **(202)529-0762**

Email: **Igear@aol.com**

FEIN/SSN: **52-2100020**

### Payment Address

Any fees for payments made by Licensee shall be made payable to above Licensor.
In consideration of the mutual promises and obligations contained in this License, the parties agree:

1. Licensor grants to Licensee a non-exclusive License, which is non-transferable by Licensee, freely transferable by Licensor, and revocable at will and without cause by only Licensor, for the sole purpose of conducting the following business activities:

   **The retail sale of mens and womens sportswear and accessories to include socks, hats or caps, sunglasses, watches and mixed cds-but not to exceed more than 5% of stock.**

   ("the Use") and for no other activity or purpose whatsoever in a location (the "Assigned Location") shown on Exhibit "A" attached to and made part of this License.

2. Licensee shall be permitted to conduct the Use in the Assigned Location starting upon the earlier of (a) or (b) **04/01/06** (the "Commencement Date") and ending **04/30/06** (the "Expiration Date"), unless this License is revoked earlier by Licensor. Licensor may revoke this License at will and without cause, effective immediately upon personal delivery of written notice of revocation to Licensee or Licensee's employees or agents at the Assigned Location or by US Mail sent Certified, return receipt requested, to Licensee's Notice Address above. The License shall absolutely end on the giving of such notice.

3. Licensee shall not change the Trade Name, and Licensee represents that it has the right to use the Trade Name.

4. Licensee shall pay Licensor for this License, without notice or demand, at the Shopping Center address shown above, or such other location as Licensor may specify, by certified check, or money order or other manner approved by Licensor.

### Space Comments