UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. CR-06-092-01-TFH |
| RAYMOND F. COOKE : | |
| Defendant : | |

### ORDER

Upon consideration of Defendant's Motion to Review Conditions of Pretrial Release, the Government's response thereto and any oral argument upon the Motion, it is this _____ day _____, 2006,

**ORDERED**, that Defendant's Motions be and is hereby granted, and it is further,

**ORDERED**, that the Defendant shall be released upon the terms and conditions of release set forth in a release order filed contemporaneously herewith.

_____
JUDGE