UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 12 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 06-0092-01 (TFH) |
| | ) |
| RAYMOND F. COOKE, | ) |
| Defendant. | ) |

### ORDER

On April 26, 2006, Defendant Raymond F. Cooke filed a Motion to Review Conditions of Pretrial Release [# 14]. On May 9, 2006, a hearing was held on Defendant's motion, which the government opposed. Upon careful consideration of Defendant's motion [# 14] and the government's opposition, and based on the findings stated from the bench in open court at the hearing held on May 9, 2006, it is hereby

**ORDERED** that Defendant's Motion [# 14] to Review Conditions of Pretrial Release is **DENIED**.

**SO ORDERED**.

May 9, 2006

Thomas F. Hogan
Chief Judge