UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**  :

v.                :   **Criminal No. 1:06-cr-00092-TFH**

**RAYMOND F. COOKE**  :

      **Defendant**  :

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Comes now the parties, jointly, by and through undersigned counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein, LLC, and respectfully states as follows:

1. The above referenced matter is scheduled for a Status Conference before this Honorable Court on Thursday, June 22, 2006 at 10:30 a.m.

2. The parties have made substantial progress towards a disposition in the matter but the plea agreement has not yet been documented and executed.

3. It is respectfully suggested that such an agreement can be completed and disposition scheduled within 2 to 3 weeks.

4. The parties respectfully suggest to the Court that judicial economy would best be served by vacating the June 22, 2006 Status Conference and rescheduling the matter for a disposition on a date and at a time convenient to all counsel in mid July.

**WHEREFORE**, the parties respectfully request the following relief:

1. That this Honorable Court vacate the Status Conference scheduled for June 22, 2006 at 10:30 a.m.

2. That the Court reset the matter for a hearing as suggested in the body of

this motion.

    3.    Such further and additional relief as justice may require.

Respectfully submitted,

_____
RICHARD A. FINCI
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of June, 2006, a copy of the foregoing Consent Motion to Continue Status was mailed, postage pre-paid, to:

Martin Dee Carpenter, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 1:06-cr-00092-TFH** |
| **RAYMOND F. COOKE** : | |
| **Defendant** : | |

**ORDER**

Upon consideration of the joint motion to vacate status conference, it is this _____ day of June, 2006,

**ORDERED**, that the motion be and is hereby granted and, it is further,

**ORDERED**, that counsel for the Defendant shall contact the Clerk to schedule this matter for further hearings and coordinate the date with counsel for the government.

_____
Thomas F. Hogan, Chief Judge