FILED

JUN 21 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

   v.                           :         Criminal No. 1:06-cr-00092-TFH

RAYMOND F. COOKE              :

       Defendant            :

### ORDER

Upon consideration of the joint motion to vacate status conference, it is this 21 day of June, 2006,

**ORDERED**, that the motion be and is hereby granted and, it is further,

**ORDERED**, that counsel for the Defendant shall contact the Clerk to schedule this matter for further hearings and coordinate the date with counsel for the government.

_____
Thomas F. Hogan, Chief Judge