**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :

**v.** : **Criminal No. 06-92 TFH**

**RAYMOND F. COOKE** :

**Defendant** :

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Comes now the Defendant, **RAYMOND F. COOKE**, by and through counsel, Richard A. Finci and the law offices of Houlon, Berman, Bergman, Finci & Levenstein and pursuant to U.S.D.C. Rule L.Cr.R. 44.5, respectfully states as follows:

1. Defendant is charged in the above captioned matter in a multiple count indictment with Conspiracy to Distribute Cocaine Base as well as a number of substantive counts of same.

2. Differences of opinion has developed between Defendant and undersigned counsel as a result of which Defendant has requested that counsel withdraw his appearance. Moreover, Defendant has indicated to counsel that due to his continuing incarceration and the loss of his retail business, he is without assets to retain counsel. Thus, Defendant respectfully requests that this Honorable Court appoint counsel to represent him further in these proceedings.

3. Undersigned counsel certifies that pursuant to U.S.D.C. Rule L.Cr.R. 44.5(d) that he has served a copy of this Motion upon Defendant at the Correctional Training Facility and upon the Government. Moreover, counsel respectfully suggests that since no Motions or Trial dates have been scheduled in this matter, undersigned counsel's withdrawal would not unduly delay any trial nor unfairly prejudice any party in this action. Furthermore, in light of Defendant's request for this relief, permitting undersigned counsel to withdraw would be in the interests of justice.

**WHEREFORE**, Defendant respectfully requests the following relief:

1. That this Honorable Court order the withdrawal of undersigned counsel in the above captioned proceedings.

2. That the Court appoint counsel to represent the Defendant pursuant to the Criminal Justice Act.

3. Such further and additional relief as justice may require.

Respectfully submitted,

RICHARD A. FINCI, Bar #389-841
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of Sept, 2006, a copy of the foregoing Motion to Withdraw Appearance, was mailed, postage pre-paid, to:

Martin Dee Carpenter, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Raymond F. Cooke, #309690
c/o D.C. Correctional Center
Correctional Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003

RICHARD A. FINCI

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :

**v.** : **Criminal No. 06-92 TFH**

**RAYMOND F. COOKE** :

**Defendant** :

**ORDER**

Upon consideration of Motion to Withdraw Appearance of Counsel pursuant to U.S.D.C. Rule L.Cr.R. 44.5 and upon finding that neither the Motions nor the Trial of this matter would be unduly delayed nor any party unfairly prejudiced and that it is in the interest of justice to grant counsel's Motion, it is this _____ day of __________, 2006,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that the appearance of Richard A. Finci as counsel for the Defendant be and is hereby stricken and, it is further,

**ORDERED**, that the court shall appoint counsel to represent the Defendant by separate Order of Court to follow.

______________________________
JUDGE

Martin Dee Carpenter, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
Houlon, Berman, Bergman, Finci & Levenstein
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770