UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 11 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :    Criminal No. 06-92 TFH

RAYMOND F. COOKE                :

Defendant                       :

### ORDER

Upon consideration of Motion to Withdraw Appearance of Counsel pursuant to U.S.D.C. Rule L.Cr.R. 44.5 and upon finding that neither the Motions nor the Trial of this matter would be unduly delayed nor any party unfairly prejudiced and that it is in the interest of justice to grant counsel's Motion, it is this 11th day of Dec., 2006,

ORDERED, that Defendant's Motion be and is hereby granted and, it is further,

ORDERED, that the appearance of Richard A. Finci as counsel for the Defendant be and is hereby stricken and, it is further,

ORDERED, that the court shall appoint counsel to represent the Defendant by separate Order of Court to follow.

_____
JUDGE

Martin Dee Carpenter, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
Houlon, Berman, Bergman, Finci & Levenstein
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770