IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 06-92 (TFH) |
| | ) | Next Ct. Date: April 13, 2007 |
| RAYMOND COOKE | ) | The Hon. Chief Jud. Hogan |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DEFENDANT'S MOTION FOR MODIFICATION OF BOND AND FOR
EMERGENCY HEARING

COMES NOW, the Defendant, Mr. Raymond Cooke, by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A. hereby praying this Honorable Court to reconsider the release of the defendant and/or the modification of the present bond upon which the defendant is being held. The defendant requests the fashioning of conditions of release which are consistent with the absence of any prior violent criminal history and in support of the aforementioned the defendant states the following:

**Facts Common To All Counts:**

Mr. Cooke is the subject of a Seventeen Count superseding indictment which generally charges involvement with a drug conspiracy from on or about May 7, 2004 to March 14, 2006. The conspiracy alleges the distribution and the possession with the intent to distribute crack cocaine.

**Argument:**

1. The defendant by his counsel, did orally move and request that he be released on his personal recognizance during the original presentment hearing. (The defendant

incorporates by reference all of the representations outlined in the original request.) The court denied this request and held Mr. Cooke without bond.

2.     Mr. Cooke has been incarcerated since March 15, 2006 for an offense which purportedly took place between May 7, 2004 and March 14, 2006.

3.     Mr. Cooke is a life long resident of the Metropolitan area having lived with his mother, Mrs. Peoria Cooke and his father Mr. Raymond Cooke at 3825 24th Street north east, Washington D.C. during his formative years. Prior to his arrest in this matter he was living with his fiancée, Ms. Rosaland Bailey at 1203 Chapel Oaks Drive, Capital Heights Maryland. Mr. Cooke is the father of three children and one grandchild he was also providing support to his nieces and nephews who number four. Prior to his incarceration Mr. Cooke was providing both financial and emotional support to all of his children.

4.     Counsel by this petition requests that Mr. Cooke be allowed to participate in the Pre-Trial Services Heightened Supervision Program. Counsel has verified that Mr. Cooke's fiancée, resides at the 1203 Chapel Oaks Drive address in Capital Heights Maryland. Ms. Bailey did represent that she would be willing to allow Mr. Cooke to reside with her at the above address during the pendency of this matter and to make whatever modifications were necessary to the phone service within the home for compliance with the strictures of the program.

5.     Mr. Cooke does not have any prior felony convictions. There is nothing in the prior history of Mr. Cooke which suggests that he is a danger to the community.

6.     The strictures of the pre-trial heightened supervision program would sufficiently address the considerations before this court as it relates to the bond request for Mr.

Cooke. The Pretrial Services Program will mandate that Mr. Cooke either be at his place of employment or at the above address at all times. This will significantly restrict the movement of Mr. Cooke and would minimize any threat to the public safety that Mr. Cooke may represent. In addition there are no failures to appear, Escapes or B.R.A. violations in the criminal history of Mr. Cooke which suggests that his significant and lengthy connection with the Metropolitan Area make him unlikely to fail to appear in this matter.

WHEREFORE, for the reasons stated above, the Defendant, Raymond Cooke, respectfully requests that this Honorable Court review to his conditions of release and place him in the Pretrial Services Program Heightened Supervision Program.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Avenue
Suite 506
Washington, DC 20036
(202) 331-0793
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that that on the 10th day of April, 2007 a copy of the foregoing Motion for Modification of Bond was sent postage prepaid to, Mr. Martin Carpenter, United States Attorney's Office Criminal Division: 555 fourth street N.W. Washington D.C. 20001.

_____
Brian K. McDaniel