IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 06-CR-92 |
| RAYMOND F. COOKE : | |
| Defendant, : | |

ORDER

Upon consideration of the defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material, any opposition thereto and all of the information in the possession of this court, it is hereby this _____ day of _____, 2007,

ORDERED, that the defendant's motion is GRANTED; and it is further

ORDERED, that all impeaching evidence and Jencks material shall be provided by the Government to defense counsel on or before _____, 2007.

_____
The Hon. Judge Thomas F. Hogan

Copies to:

Martin Carpenter, AUSA
555 fourth street N.W.
Washington, D.C. 20001


Brian K. McDaniel, Esquire
1211 Connecticut Ave. N.W. Suite 506
Washington, D.C. 20036