IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 06-CR-92 |
| ) | |
| RAYMOND COOKE ) | |
| ) | |
| Defendant, ) | |
| ) | |

ORDER

Upon consideration of the Defendant's Motion For Severance, any response thereto and all of the information in the possession of this court, it is this _____ day of _____, 2007 hereby ordered that the defendants motion is

**GRANTED.**

_____
The Hon. Judge Thomas F. Hogan