FILED
APR 17 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 06-0092-01 (TFH) |
| ) | |
| RAYMOND COOKE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Cooke's motion for modification of bond (# 41). Upon consideration of the motion, the government's opposition, and the entire record, and for the reasons stated from the bench during the hearing on April 13, 2007, the Court **DENIES** Cooke's motion.

**SO ORDERED.**

April 17th, 2007

Thomas F. Hogan
Chief Judge