A-P-P-E-N-D-I-X