UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. Cooke, Raymond Francis                    Docket No.: <u>06-092-01</u>

REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1.  Extension for additional time to complete presentence report granted _TFH_ .

    New sentencing date: _December 7th 2007 At 11:00am_

2.  Extension for additional time to complete presentence report denied _____

ORDER OF COURT

Considered and ordered this ___3___ day of ___Oct___, 2007.

_____
Thomas F. Hogan
Chief Judge