```
************ -COMM. JOURNAL- ******************* DATE NOV-20-2007 ***** TIME 16:24 ********

      MODE = MEMORY TRANSMISSION         START=NOV-20 16:10      END=NOV-20 16:24

      FILE NO.=370

STN   COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
NO.            ABBR NO.

001   534      α            2730242                                   DISTRICT/000MDDA:36
```

-US ATTY    CR 06-092-TFH

***** UF-8000 v2 *******************  -         - ***** -             - *********

## HONORABLE THOMAS F. HOGAN, UNITED STATES CHIEF JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :   Docket No.: CR-06-092-01
                            :
          vs                :
                            :
COOKE, Raymond              :   Disclosure Date: November 2, 2007

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            11-20-07
Prosecuting Attorney                        Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 12-18-07       _____ 12/18/07
Defendant     Date            Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2) those executing this form shall first submit any material inaccuracies or disputes in writing by **November 16, 2007** to U.S. Probation Officer Linsey Epson, telephone number **(202) 565-1376**, fax number **(202) 273-0242**

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer